**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**DAVID MICHAEL RIFFEY**
**and BEREN RIFFEY**                                                                                          **PLAINTIFFS**

**VS.**                                            **3:12-CV-00294-BRW**

**CRST EXPEDITED, INC. F/K/A**
**CRST VAN EXPEDITED, INC.,** *et. al*                                                         **DEFENDANTS**

## ORDER

Following a hearing on Plaintiffs' Motions to Compel, the CRST Defendants produced the personnel file of its former employee, Defendant Acevedo Becerra, for *in camera* review. Defendants object to production of these files, contending that the termination records constitute inadmissable evidence of subsequent remedial measures.

After reviewing the files, I am satisfied that Plaintiffs are entitled to production. Accordingly, Defendants objection is overruled, and Defendants are ordered to produce Mr. Becerra's personnel files to Plaintiffs within 10 days of this order.

IT IS SO ORDERED this 20th day of August, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE