UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**August 20, 2013**

Mr. Bruce E. Munson
Ms. Kara B. Mikles
Munson, Rowlett, Moore & Boone, P.A.
Regions Center
400 West Capitol Avenue
Suite 1900
Little Rock, Arkansas 72201

    Re: *David Michael Riffey, et al. v. CRST Expedited Inc.*, No. 3:12-CV-00294-BRW

Dear Counsel:

I have received Plaintiffs' Motion to Reconsider my Order of July 15, 2013[1] that was filed on July 30, 2013.

I assume that since you have not filed a response,[2] you agree with Plaintiffs' position. If you choose not to respond by 5:00 p.m. on Friday, August 23, 2013, I will grant the motion.

                                    Cordially,

                                    /s/ Billy R. Wilson

Original to the Clerk of the Court
cc:    Other Counsel of Record

---

[1] Doc. No. 37.

[2] The response was due on Friday, August 16, 2013.