**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**September 3, 2013**

Ms. Melody H. Piazza
Wilkes & McHugh, P.A.
1 Information Way
Suite 300
Little Rock, Arkansas 72202

    Re: *David Michael Riffey, et al. v. CRST Expedited Inc.*, No. 3:12-CV-00294-BRW

Dear Ms. Piazza:

It appears from Defendants' Response that you can buy the two training DVDs at issue;[1] if it's true, it appears that your Motion to Reconsider (Doc. No. 37) is moot.

Am I right?  Please advise.

                                                     Cordially,

                                                     /s/ Billy R. Wilson

Original to the Clerk of the Court
cc:    Other Counsel of Record

---

[1] *See* Doc. No. 51.