# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**DAVID MICHAEL RIFFEY**
**and BEREN RIFFEY**                                                                            **PLAINTIFFS**

**VS.**                                    **3:12-CV-00294-BRW**

**CRST EXPEDITED, INC. F/K/A**
**CRST VAN EXPEDITED, INC.,** *et. al*                                                    **DEFENDANTS**

## ORDER

Pending is a Motion to Reconsider (Doc. No. 37) filed by Plaintiffs.  Since the Motion was filed, the parties' lawyers have notified the Court that the issues have been resolved.[1]

Accordingly, the Motion is DENIED as MOOT.

IT IS SO ORDERED this 12th day of September, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] *See* Doc. Nos. 51, 37.