UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**September 13, 2013**

| | |
|---|---|
| Mr. Bruce E. Munson | Ms. Melody H. Piazza |
| Ms. Kara B. Mikles | Trammell Piazza Law Firm, PLLC |
| Munson, Rowlett, Moore & Boone, P.A. | 1501 North University |
| Regions Center | Suite 350 |
| 400 West Capitol Avenue | Little Rock, Arkansas 72207 |
| Suite 1900 | |
| Little Rock, Arkansas 72201 | |

Re:  *David Michael Riffey, et al. v. CRST Expedited Inc.*, No. 3:12-CV-00294-BRW

Dear Counsel:

I have received the Motion to Dismiss (Doc. No. 52) filed by separate Defendants CRST International, Inc., and CRST Logistics, Inc., and Plaintiffs' Response (Doc. No. 65).

Since both parties have submitted extrinsic materials with their pleadings and the discovery cutoff has passed, I will treat the Motion as one for summary judgment.

However, before doing so, I will allow the parties until 5:00 p.m. Friday, September 20, 2013, to supplement their pleadings, if they so choose.

Cordially,

/s/ Billy R. Wilson

Original to the Clerk of the Court