**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**September 17, 2013**

Ms. Melody H. Piazza
Trammell Piazza Law Firm, PLLC
1501 North University
Suite 350
Little Rock, Arkansas 72207

    Re: *David Michael Riffey, et al. v. CRST Expedited Inc.*, No. 3:12-CV-00294-BRW

Dear Counsel:

I have received Plaintiffs' Motion to Compel Production of Cell Phone and Medical Records from Defendant Becerra and Mr. Becerra's Response.[1]

Please file a reply to Mr. Becerra's Response by noon Monday, September 23, 2013.

                                                Cordially,

                                                /s/ Billy R. Wilson

Original to the Clerk of the Court
cc:     Other Counsel of Record

---

[1] Doc. Nos. 57, 69.