# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DAVID MICHAEL RIFFEY**
**and BEREN RIFFEY**                                                          **PLAINTIFFS**

**VS.**                         **3:12-CV-00294-BRW**

**CRST EXPEDITED, INC. F/K/A**
**CRST VAN EXPEDITED, INC.,** *et. al*                                     **DEFENDANTS**

## ORDER

Plaintiffs' Motion for Protective Order and to Quash (Doc. No. 91) is DENIED.

IT IS SO ORDER this 15th day of October, 2013.

                                                         /s/ Billy Roy Wilson
                                                      UNITED STATES DISTRICT JUDGE