IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DAVID MICHAEL RIFFEY**
**and BEREN RIFFEY**                                                                              **PLAINTIFFS**

**VS.**                                  **3:12-CV-00294-BRW**

**CRST EXPEDITED, INC. F/K/A**
**CRST VAN EXPEDITED, INC.,** *et. al*                                                       **DEFENDANTS**

### ORDER

Defendants' Motions to Compel and for Sanctions (Doc. Nos. 108, 114) are GRANTED in part and DENIED in part.

Plaintiffs are ordered to produce the documents I reviewed *in camera* to Defendants by 5:00 p.m. Friday, December 12, 2013. Defendants' request for sanctions is DENIED.

IT IS SO ORDERED this 12th day of December, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE