IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DAVID MICHAEL RIFFEY and**
**BEREN RIFFEY.**                                                                                             **PLAINTIFFS**

VS.                                          3:12-CV-00294-BRW

**CRST EXPEDITED, INC. F/K/A**                                                              **DEFENDANTS**
**CRST VAN EXPEDITED, INC.,** *et. al*

## JUDGMENT

In accordance with the Court's Order entered December 20, 2013, judgment is hereby entered in favor of CRST International, Inc.  All of Plaintiff's punitive-damages claims and claims against CRST International are DISMISSED with prejudice.  Plaintiffs' direct claims against CRST Expedited are also DISMISSED with prejudice.

IT IS SO ORDERED this 23rd day of December, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE