## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**January 21, 2014**

Ms. Melody H. Piazza
Trammell Piazza Law Firm, PLLC
1501 North University, Suite 350
Little Rock, AR 72207

Mr. Bruce E. Munson
Ms. Kara B. Mikles
Munson, Rowlett, Moore & Boone, P.A.
Regions Center
400 West Capitol Avenue, Suite 1900
Little Rock, AR 72201

      Re:    *Riffey, et al. v. CRST Expedited, Inc., et al.*, 3:12-cv-00294-BRW -- Witness Time

Dear Counsel:

It appears to me that this case should be tried in two or three days.

I urge you to pare down your examinations, and perhaps you should pare down your witness lists.

Just an example: Plaintiffs list two hours for each Plaintiff and two hours for a doctor. I can't imagine why one hour wouldn't be more than enough for each of these three witnesses.

Dr. Scott shouldn't take over 45 minutes at the most, unless there's something highly unusual involved here.

As another example, Defendant has Plaintiffs listed as 1 hour each for <u>direct</u> examination?

I would very much appreciate it if you would pare down your presentations on your own because I do not like to interrupt lawyers during the trial during examination; but bare in mind that I ain't too good to.

It's not that I can't bare up under unnecessary, extended examinations; but I am intent on keeping the case moving in the interest of jurors' time.

Many thanks for your careful consideration.

                                Cordially,

                                /s/ Billy Roy Wilson

Original to the Clerk of the Court
cc:    Other Counsel of Record